792 A.2d 1247

**OFFICE OF DISCIPLINARY COUNSEL, Petitioner,**

v.

**Raymond T. LEBON, Respondent.**

**No. 718 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

Jan. 31, 2002.

*ORDER*

PER CURIAM.

AND NOW, this 31st day of January, 2002 upon consideration of the Report and Recommendations of the Disciplinary Board dated November 19, 2001, it is hereby

ORDERED that RAYMOND T. LeBON, be and he is SUSPENDED from the Bar of this Commonwealth for a period of one (1) year and he shall comply with all the provisions of Rule 217 Pa.R.D.E.

It is further ORDERED that respondent shall pay costs to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.